```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                         Case No. 17-11798-amc
Cassandra Bines                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Aug 29, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.
db             +Cassandra Bines,    1981 Penfield St.,    Philadelphia, PA 19138-2728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Cassandra  Bines john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Cassandra Bines

        Debtor(s).

13

Bky No. 17-11798

**ORDER**

    **AND NOW,** this 29th day of August, 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $3,000 less $1,445 already paid with a remaining balance of $1,555 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:    **Law Offices of Erik B. Jensen, P.C.**
        **ERIK B. JENSEN, ESQUIRE**
        **1528 Walnut Street**
        **Suite 1401**
        **Philadelphia, PA  19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106

        Cassandra Bines
        1981 Penfield St.
        Philadelphia, PA 19138