IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : CHAPTER 13
Cassandra Bines :
    Debtor : BANKRUPTCY NO.: 17-11798-amc

### O R D E R

**AND NOW,** this __3rd__ day of __October__ 2017, upon consideration of the Debtor's Motion to Modify Plan Post Confirmation, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the confirmed Chapter 13 Plan of debtor is hereby modified as set forth in the attached Plan, and such Modified Plan is hereby confirmed.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:

William C. Miller
1234 Market Street, Suite 18-341
Philadelphia, PA 19107

Erik B. Jensen, Esquire
1500 Walnut Street
Suite 1920
Philadelphia, PA  19102

U.S Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106

Cassandra Bines
1981 Penfield Street
Philadelphia, PA 19138