# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PA

Chapter: 13
Case No: 1711798

In re: CASSANDRA BINES

Account Number: 7943

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 13 filed on or about 07/21/2017 in the amount of $4,045.34 .

On this 4/10/2019.

By: /s/ Paul R Van Schaik
Paul R Van Schaik, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com